IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02026-WYD

WILDEARTH GUARDIANS,

    Petitioner,

v.

S.M.R. JEWELL, in her official capacity as U.S. Secretary of Interior; U.S. DEPARTMENT OF THE INTERIOR; and U.S. OFFICE OF SURFACE MINING AND RECLAMATION,

    Respondents,

---

**JOINT CASE MANAGEMENT PLAN**

---

**1. APPEARANCES OF COUNSEL**

For Petitioner:
| | |
|---|---|
| Samantha Ruscavage-Barz | Sarah McMillan |
| WildEarth Guardians | WildEarth Guardians |
| 516 Alto Street | P.O. Box 7516 |
| Santa Fe, NM 87501 | Missoula, MT 59807 |
| TEL: (505) 401-4180 | TEL: (406) 549-3895 |
| sruscavagebarz@wildearthguardians.org | smcmillan@wildearthguardians.org |

For Respondent:
Jason A. Hill
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
TEL: (202) 514-1024
FAX: (202) 305-0506
jason.hill@usdoj.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

Petitioner asserts this Court has jurisdiction under 28 U.S.C §§ 1331, 1346, 2201, and 2202. ECF No. 1 at ¶5. Any anticipated jurisdictional defenses will be addressed in Respondents' responsive pleading, when due.

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A.     Date Petition for Review Was Filed:**

September 15, 2015

**B.     Date Petition for Review Was Served on U.S. Attorney's Office:**

September 28, 2015[1]

**C.     Date Responsive Pleading to Petition Is Due:**

No responsive pleading is due until November 27, 2015.

## 4. UNUSUAL CLAIMS OR DEFENSES

N/A

## 5. OTHER MATTERS

This case challenges the approval of mining plans for the Black Thunder and Antelope Mines in Wyoming, the Bowie No. 2 Mine in Colorado, and the El Segundo Mine in New Mexico. ECF No. 1 at ¶4. Respondent anticipates moving to sever and transfer the claims challenging the Black Thunder and Antelope Mines to the Wyoming District Court and the claim challenging the El Segundo Mine to the New Mexico District Court. Petitioners will oppose any request to sever and transfer any claims in this suit. In addition, the parties anticipate that the operators of the mines at issue in this case and the State of Wyoming may seek intervention.

---

[1] Proof of Service, ECF No. 4-2, incorrectly states service via certified mail, return receipt requested on March 4, 2013.

**6. PROPOSED BRIEFING SCHEDULE**

The parties request that the Court defer any further requirement for proposed briefing schedule until after any disputes concerning the identity of all parties and claims pending before this Court have been resolved.

The parties agree to provide the Court with a proposed briefing schedule to address the merits of any claim within 14 days after the last occurrence of any of the following: resolution of any procedural motions challenging jurisdiction or venue, or any motions to intervene, or filing of all answers.

**7. STATEMENTS REGARDING ORAL ARGUMENT**

The parties request that the Court defer any further requirement to provide the Court with a statement regarding oral argument until after any disputes concerning the identity of all parties and claims pending before this Court have been resolved, and agree to provide such a statement with any proposed briefing schedule to address the merits.

**8. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

- **A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

- **B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**9. EXTENSIONS OF TIME**

Any responsive pleading is due the Friday after Thanksgiving. Counsel for the parties have discussed an extension of this date to accommodate the Thanksgiving holiday, and Petitioner's counsel is unopposed.

**10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 16th day of October, 2015.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE

APPROVED:

___/s/ Samantha Ruscavage-Barz_____
Samantha Ruscavage-Barz
WildEarth Guardians
516 Alto Street
Santa Fe, NM 87501
TEL:   (505) 401-4180
sruscavagebarz@wildearthguardians.org

Sarah McMillan
WildEarth Guardians
P.O. Box 7516
Missoula, MT 59807
TEL:   (406) 549-3895
smcmillan@wildearthguardians.org

**Attorneys for Petitioner**

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

___/s/ Jason A. Hill_____
Jason A. Hill
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-0663
TEL: (202) 514-1024
FAX: (202) 305-0506
e-mail: jason.hill@usdoj.gov

**Attorneys for Respondents**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I electronically filed the attached JOINT CASE MANAGEMENT PLAN with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

**Attorney for Petitioners:**

Samantha Ruscavage-Barz:  sruscavagebarz@wildearthguardians.org
Sarah McMillan:  smcmillan@wildearthguardians.org

**Attorney for Respondents:**

Jason A. Hill:  jason.hill@usdoj.gov


                                                             ___*/s/ Jason A. Hill*_____
                                                             Jason A. Hill