IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-2026-WYD

WILDEARTH GUARDIANS,

      Petitioner,

v.

S.M.R. JEWELL, in her official capacity as U.S. Secretary of Interior;
U.S. DEPARTMENT OF THE INTERIOR;
U.S. OFFICE OF SURFACE MINING AND RECLAMATION;

      Federal Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

THIS MATTER is before the Court on Federal Respondents' Unopposed Motion to Suspend the Deadline for Responding to the Petition (ECF No. 23), filed on November 24, 2015.   Upon consideration of this request and the record in this case, the motion is hereby **GRANTED**.

Federal Respondents state that they intend to file a Motion to Sever and Transfer in this matter.   Federal Respondents shall file their Motion to Sever and Transfer **no later than Monday, December 21**.   Federal Respondents shall then be allowed 21 days from the time of the Court's decision on the Motion to Sever and Transfer to file a response to Petitioner's applicable claims.

Dated:   November 25, 2015